UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACQUELINE ESPINOZA,<br><br>                Petitioner,<br><br>   v.<br><br>H. BARRON, et al.,<br>                Respondents. | CASE NO. 2:23-cv-967-JHC-TLF<br><br>ORDER |

The Court reviewed the Report and Recommendation of the Hon. Theresa L. Fricke, United States Magistrate Judge, Dkt. # 11, and the remaining record. No objections to the Report and Recommendation were filed. Thus, the Court orders:

(1) The Court adopts the Report and Recommendation, Dkt. # 11; and

(2) Plaintiff's habeas corpus petition, Dkt. # 1, is dismissed without prejudice as moot.

Dated this 13th day of November, 2023.

John H. Chun
United States District Judge

ORDER - 1